JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSE SAFEGUARD INSURANCE COMPANY, et al., | Case No.: 8:23-cv-00439-JLS-JDE |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., and KIA CORPORATION, | |
| Defendants. | |

1

1     The Court, having fully considered the parties' Stipulation for Voluntary Dismissal Without Prejudice (Doc. 97), and good cause appearing, grants the stipulation.  IT IS HEREBY ORDERED that:

    This entire action is dismissed, without prejudice, pursuant to F.R.C.P. 41(a)(1).  The parties' stipulation is without prejudice to any rights, defenses, claims and/or arguments that any party may have in the current and/or future actions, including the parties' rights to recover attorneys' fees and costs for this action.

Dated: April 12, 2024

                                                HON. JOSEPHINE STATON
                                                UNITED STATES DISTRICT JUDGE